# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THOMAS E. HALL, on behalf of himself and all other similarly situated, **)** **)** **)** | CASE NO. 1:09-CV-00800 |
| Plaintiff, **)** **)** | JUDGE POLSTER |
| vs. **)** **)** | |
| VITRAN EXPRESS, INC., **)** **)** | |
| Defendant. **)** **)** | |

## NOTICE OF APPEARANCE

Please take notice that William J. O'Neill, Esq. and Tyler L. Mathews, Esq. of McDonald Hopkins, LLC do hereby enter their appearance on behalf of Defendant Vitran Express, Inc. All pleadings, papers and notices should be directed to the undersigned.

Dated: June 1, 2009                                   Respectfully submitted,

                                                                    /s/ Tyler L. Mathews
                                                                    William J. O'Neill (0029936)
                                                                    Tyler L. Mathews (0063759)
                                                                    McDONALD HOPKINS LLC
                                                                    600 Superior Avenue, East
                                                                    Suite 2100
                                                                    Cleveland, Ohio 44114
                                                                    Phone:  (216) 348-5400
                                                                    Fax:    (216) 348-5474
                                                                    E-mail: woneill@mcdonaldhopkins.com
                                                                                tmathews@mcdonaldhopkins.com

                                                                    Attorneys for Defendant Vitran Express, Inc.

{1750388:}

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2009, a copy of the foregoing Notice of Appearance was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system.

/s/Tyler L. Mathews
Tyler L. Mathews (0063759)

One of the Attorneys for Defendant
Vitran Express, Inc.