**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS E. HALL, on behalf of himself and all other similarly situated, | ) ) ) | CASE NO. 1:09-CV-00800 |
| | ) | JUDGE POLSTER |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| VITRAN EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Vitran Express, Inc. ("Defendant") hereby moves the Court for an extension of time, through and including July 8, 2009 within which to move, plead or otherwise respond to Plaintiff's Complaint. Counsel for Plaintiff and counsel for Defendant have conferred regarding this request and Plaintiff has no objections thereto.

This is Defendant's first request for an extension of time to respond to the Complaint.

{1750404:}

For the reasons cited herein, it is respectfully requested that the motion for extension be granted.

Dated: June 1, 2009        Respectfully submitted,

                                     /s/ Tyler L. Mathews
                                     William J. O'Neill (0029936)
                                     Tyler L. Mathews (0063759)
                                     McDONALD HOPKINS LLC
                                     600 Superior Avenue, East
                                     Suite 2100
                                     Cleveland, Ohio 44114
                                     Phone: (216) 348-5400
                                     Fax: (216) 348-5474
                                     E-mail:woneill@mcdonaldhopkins.com
                                                   tmathews@mcdonaldhopkins.com

                                   Attorneys for Defendant Vitran Express, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2009, a copy of the foregoing Motion for Extension of Time to Move, Plead or Otherwise Respond to the Complaint was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system.

/s/Tyler L. Mathews
Tyler L. Mathews (0063759)

Attorneys for Defendant Vitran Express, Inc.