# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. HALL, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 1:09-CV-00800 |
| | ) | JUDGE POLSTER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| VITRAN EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

### MOTION OF DEFENDANT VITRAN EXPRESS, INC. TO EXCUSE PERSONAL ATTENDANCE AT CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.3(b) and the Court's Case Management Conference Scheduling Order, Defendant Vitran Express, Inc., by and through counsel, moves the Court for an order excusing the attendance in person of its responsible representative(s) from the Case Management Conference scheduled for September 30, 2009. For grounds, the individual(s) most knowledgeable of the case are located out of state. Attendance at the conference will necessitate the expenditure of significant resources in terms of travel time and costs. A responsible representative will be available by telephone during the conference. In addition, lead counsel for

{1852129:}

Defendant will be in attendance. Therefore, it is respectfully requested that Defendant be excused from personally appearing at the conference.

Respectfully submitted,

/s/ Tyler L. Mathews
William J. O'Neill (0029936)
Tyler L. Mathews (0063759)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mcdonaldhopkins.com
tmathews@mcdonaldhopkins.com

Attorneys for Defendant Vitran Express, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2009, a copy of the foregoing Motion to Excuse Personal Attendance at Case Management Conference was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system.

/s/Tyler L. Mathews
Tyler L. Mathews (0063759)

One of the Attorneys for Defendant
Vitran Express, Inc.