**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated** | CASE NO. 1:09-cv-00800 |
| Plaintiffs, | JUDGE DAN AARON POLSTER |
| vs. | |
| **VITRAN EXPRESS, INC.** | **NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND CLASS ACTION COMPLAINT** |
| Defendant. | |

\* \* \* \*

Now come the Plaintiffs, Thomas E. Hall and the putative class, by and through the undersigned counsel, and do hereby give notice of their withdrawal of Plaintiffs' Motion for Leave to Amend Class Action Compaint filed on January 7, 2010 without prejudice.

Respectfully submitted,

STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA

By:    /s/ Dennis M. O'Toole
        Dennis M. O'Toole (0003274)
        Anthony R. Pecora (0069660)
        Matthew A. Dooley (0081482)
        Attorneys for Plaintiff
        5455 Detroit Road
        Sheffield Village, Ohio  44054
        Telephone:    (440) 930-4001
        Facsimile:    (440) 934-7208
        Email:         sheffieldlaw@sheffieldlaw.com
                          apecora@sheffieldlaw.com
                          mdooley@sheffieldlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a copy of the foregoing Notice of Withdrawal of Motion for Leave to Amend Class Action Complaint was filed electronically this 20th day of January, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via regular mail.

/s/Dennis M. O'Toole
Dennis M. O'Toole

G:\25\25747-1\notice of withdrawal of motion.docx