**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS E. HALL, | ) | CASE NO. 1:09-CV-00800 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| VITRAN EXPRESS, INC., | ) | |
| | ) | **NOTICE OF APPEARANCE AS** |
| Defendant. | ) | **ADDITIONAL COUNSEL FOR** |
| | ) | **DEFENDANT VITRAN EXPRESS, INC.** |

Please take notice that Jennifer Dowdell Armstrong of the law firm of McDonald Hopkins LLC hereby enters her appearance as additional counsel for Defendant Vitran Express, Inc. ("Defendant") in this action. Please serve all pleadings, notices and other papers on the undersigned and on William J. O'Neill and Tyler L. Matthews of McDonald Hopkins LLC, who remain as counsel for Defendant.

    /s/ Jennifer D. Armstrong
WILLIAM J. O'NEILL (0029936)
TYLER L. MATHEWS (0063759)
JENNIFER D. ARMSTRONG (0081090)
McDonald Hopkins LLC
600 Superior Avenue, East - Suite 2100
Cleveland, OH 44114
Telephone:    (216) 348-5400
Facsimile:    (216) 348-5474
Email:  woneill@mcdonaldhopkins.com
           tmathews@mcdonaldhopkins.com
           jarmstrong@mcdonaldhopkins.com

Counsel for Vitran Express, Inc.

{2055218:}

## CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of March, 2010, a true and correct copy of this ***Notice of Appearance of Additional Counsel for Defendant*** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Jennifer D. Armstrong
JENNIFER D. ARMSTRONG (0081090)
McDonald Hopkins LLC
600 Superior Avenue, East - Suite 2100
Cleveland, OH 44114
Telephone:   (216) 348-5809
Facsimile:    (216) 348-5474
Email: jarmstrong@mcdonaldhopkins.com

One of the Attorneys for Defendant Vitran Express, Inc.