# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated** | CASE NO. 1:09-CV-00800 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | **NOTICE OF DOCUMENT PRODUCTION BY A NON-PARTY** |
| **VITRAN EXPRESS, INC.** | F. R. CIV. P. 34 (c) |
| Defendant. | F. R. CIV. P. 45 |

\* \* \* \*

Counsel will take notice that counsel for Plaintiff has issued a subpoena to HireRight Solutions, Inc., compelling the production of the documents listed in the attached Exhibit "A", at 10:00 a.m. on October 4, 2010, at the offices of Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA, 5455 Detroit Road, Sheffield Village, OH 44054.

This document production is being undertaken pursuant to F.R. Civ. P. 45 and 34(c) of the Federal Rules of Civil Procedure.

        STUMPHAUZER, O'TOOLE, McLAUGHLIN,
        McGLAMERY & LOUGHMAN CO., LPA

By:   /s/ Dennis M. O'Toole
       Dennis M. O'Toole (0003274)
       Anthony R. Pecora (0069660)
       Matthew A. Dooley (0081482)
       Attorneys for Plaintiff
       5455 Detroit Road
       Sheffield Village, Ohio  44054
       Telephone:  (440) 930-4001
       Facsimile:  (440) 934-7208
       Email:  dotoole@sheffieldlaw.com
             apecora@sheffieldlaw.com
             mdooley@sheffieldlaw.com

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice of Document Production by a Non-Party was filed electronically this 17th day of September, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via electronic mail.

        /s/ Dennis M. O'Toole