## EXHIBIT A

Identify all individuals who were the subject of a criminal background report (i.e. 20/20 Report, Widescreen) provided to Vitran Express from April 7, 2004 through April 30, 2009, including the first name, middle name, last name, address, telephone number, date of birth, gender, and race, of each such person, if known.