## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated**<br><br>Plaintiff,<br><br>vs.<br><br>**VITRAN EXPRESS, INC.**<br><br>Defendant. | CASE NO. 1:09-CV-00800<br><br>JUDGE DAN AARON POLSTER<br><br>**<u>NOTICE OF SERVICE</u>** |

\* \* \* \*

Counsel will take notice that on September 30, 2010 counsel for Plaintiff served its First Request for Admissions on Defendant Vitran Express, Inc. via electronic and regular United States mail.

                                          STUMPHAUZER, O'TOOLE, McLAUGHLIN,
                                          McGLAMERY & LOUGHMAN CO., LPA


By: /s/ Dennis M. O'Toole_____
     Dennis M. O'Toole (0003274)
     Anthony R. Pecora (0069660)
     Matthew A. Dooley (0081482)
     Attorneys for Plaintiff
     5455 Detroit Road
     Sheffield Village, Ohio  44054
     Telephone:    (440) 930-4001
     Facsimile:    (440) 934-7208
     Email:        dotoole@sheffieldlaw.com
                    apecora@sheffieldlaw.com
                  mdooley@sheffieldlaw.com

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice of Service was filed electronically this 1st day of October, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via electronic mail.

/s/ Dennis M. O'Toole

G:\25\25747-1\Notices Entries\Notice of Service.docx