# DISCLOSURE AND CONSENT
### Please read carefully and completely before signing

Disclosure:

A consumer report and a criminal background report may be procured by Vitran Express, Inc. or any of its subsidiaries (collectively, "Vitran") in connection with my application for employment and to periodically obtain updated reports. These reports will be reviewed by Vitran, but such reports and the information contained therein shall not be shared with or provided to any other person without my consent or unless required under applicable law.

I have been provided with the disclosure as required by the Fair Credit Reporting Act ("FCRA") that a consumer report, including information as to character, general reputation, personal characteristics, and mode of living, whichever are applicable, may be procured from time to time. Such reports may contain public information concerning my driving record, workers' compensation claims, credit, bankruptcy proceedings, criminal records, etc. from federal, state and other agencies, which maintain such records.

Consent:

This signed Consent is my authorization and consent for Vitran to procure consumer and criminal background reports from time to time as required by Vitran. I understand and agree that I am subject to a consumer and criminal background report to determine my eligibility, and continued eligibility, and I specifically authorize the release, without any liability to Vitran whatsoever, of any findings for those purposes only.

I further understand and agree that consumer and criminal background reports are an absolute and unconditional condition precedent to acceptance or approval by Vitran of my application for employment, and continued employment, and the results of those reports may also, in the sole and absolute discretion of Vitran, constitute grounds for rejection or employment termination. However, should the information received in the consumer report be adverse and that information is the reason in whole or in part for denial, a copy of the adverse report will be provided to me. Should I dispute the information obtained from the Credit Reporting Agency ("CRA"), I have the right to obtain a free disclosure of the consumer report if the report is requested within 60 days. Should I dispute the accuracy or completeness of any information provided by the CRA, I can dispute the inaccurate items with the source of the information.

I acknowledge and confirm that obtaining the reports and information are reasonable and necessary in order to determine my qualifications and competency to work for Vitran.

This authorization shall remain on file and shall serve as on-going authorization for Vitran to procure consumer and criminal background reports at any time during my

## EXHIBIT A

employment with Vitran. I understand that upon termination of my employment for any reason with Vitran, this authorization shall be void and of no further effect.

I hereby certify that I have read the foregoing and understand the contents of the Disclosure and Consent. I also understand the remedies available to me should I disagree with the CRA with respect to the consumer report.

Signature:_____

Printed Name:_____

Date: _____
h:\users\bleive\documents\vitran express\labor 1782 109\disclosure and consent form-employee.doc

EXHIBIT A

VITPROD2 000013



# Application for Employment

## FOR DEPARTMENT OF TRANSPORTATION REGULATED APPLICANTS

The following rights apply to the information provided by previous employers for the three years preceding the date of application:

The applicant has the right to review the information provided by previous employers;

The right to have errors in the information corrected by the previous employer and for that previous employer to re-send the corrected information to the prospective employer;

The right to have a rebuttal statement attached to the alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

Applicants wishing to review previous employer-provided investigative information must submit a written request to the prospective employer in accordance with 49CFR 391.23(i)(2).

## APPLICANT STATEMENT

I certify that this application was completed by me and that all entries and information in it are TRUE and COMPLETE to the best of my knowledge. In the event of employment, I understand that false, misleading or omitted information may result in discharge.

I authorize investigation of all statements contained in this application as may be necessary in arriving at an employment decision. I understand that an investigation may be made and information may be obtained through interviews with past employers or personal references and/or driver's record check. This inquiry may include information as to, among other things, my character, general reputation and personal characteristics, as well as information about my work performance and workplace conduct. I consent to this investigation and to the consideration of any statements of references, former employers or others that are given in response to the inquiry.

I hereby release all parties, including but not limited to Vitran Express, personal references and previous employers, from liability for an injury or damage that may result from their furnishing information concerning me or any action Vitran Express takes on the basis of such information.

I understand that, if I am offered a job, it may be conditioned on the result of a physical examination and drug screen. I agree to furnish any medical information with reference to me as may be necessary in conjunction with that examination and related considerations.

I understand that, according to federal law, all individuals who are hired must, as a condition of employment, produce certain documentation to verify identity and U.S. citizen status or, if aliens, legal authorization to work in the U.S. As a consequence, I understand that any offer of employment is contingent upon my ability to produce the required documentation within the time period required by law.

I understand that this application is not, and is not intended to be, a contract of employment and that any resulting employment is for no fixed period of time and is able to be terminated at any time and for any reason by me or Vitran Express. I further understand that statements which may be contained in policies, practices, or other material do not create any guarantee of employment and that Vitran Express has the right to modify, amend or terminate policies, practices, benefit plans or other programs within the limits and requirements imposed by law. I understand that no representative of Vitran Express, other than an officer, has the authority to enter into any agreement for any specific period of time or to make any agreement contrary to the foregoing and that any such agreement must be in writing to be binding.

_____    1-9-08
(Signature of Applicant)                (Date)

**THIS APPLICATION WILL NOT BE CONSIDERED ACTIVE AFTER 30 DAYS**

Rev. 1/05

VITRAN PRODUCTION 000038

---

EXHIBIT B

## Medsker, Carolyn - HR

**From:** Medsker, Carolyn - HR
**Sent:** Tuesday, January 15, 2008 10:01 AM
**To:** Worcester, Jere - CLV CTN; Chmura, John - CLV
**Subject:** Driver Not Approved

Thomas E. Hall is not approved through Safety – Based upon information received from the background check they are not eligible for hire at Vitran. If they wish to access the information, please have them contact USIS at 800-331-9175.

Thanks

Carolyn Medsker
Recruiting/HR
Vitran Express
Email: medskerc@vitranexpress.com
Phone: 317-803-4030
Fax: 317-803-4041



# Applicant Checklist - Driver

**Service Center Review**

Applicant Name: _Thomas E. Hall_  Service Center: _CLV_

Qualifications: Check next to each qualification to verify that applicant meets the following criteria

- ✓ 21 years of age or greater
- ✗ One year or more of verifiable driving experience
- ✓ Doubles/Triples experience & HM Endorsement
- ✓ 10 years of employment provided with gaps accounted for
- ✓ No conviction for excessive speeding (20 mph or more above Posted Limit) in the past 3 years
- ✓ No more than three traffic violations and/or preventable accident combinations in the past three years
- ✓ No license suspension in the past 3 years
- ✓ No DUI in the past five years
- ___ Phone number listed for each employer

- ___ * 6 employers or more in the past 10 years – RVP approval required
- ___ * 2 employers or more in the past year – RVP approval required

I have reviewed this application, have found that the applicant meets all requirements and recommend hiring:

SCM Signature: _____  Date: _____

*RVP Signature: _____  Date: _____

---

**HR/Safety Review – to be completed by HR/Safety**

MVR Requested: _1/15/08_  State: _OH_  Received: _1/15/08_

Alternate MVR Requested: _____  State: _____  Received: _____

If MVR is not received, list reason: _____

Does the MVR match the application?  ___ Yes  ___ No

**Inquiry to Past Employers**

| EMPLOYER | CONTACT DATES | COMPLETION DATE | YEARS VERIFIED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I have reviewed this application and found this applicant DOES /(DOES NOT) meet the qualifications to drive for Vitran Express.

Did not qualify due to the following: _LIED ON APPLICATION - HAS A FELONY HISTORY_

HR/Safety Signature: _[signature]_  Date: _1/15/08_

NOTE: Approved Driver must pass a DOT physical and Drug Screen and must pass a Road Test.

Rev. 02/02

VITRAN PRODUCTION 000005

**EXHIBIT C**

USIS
4500
SUITE 200
TULSA OK 74134

PRESORTED
FIRST CLASS

TULSA
JAN 31 '08
OK

U.S POSTAGE
01.379
H METER 712536

289
THOMAS E HALL
984 CLEVELAND AVE
AMHERST OH 44001

# EXHIBIT D

*Para informacion en espanol, visite [www.ftc.gov/credit](www.ftc.gov/credit) o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records).  Here is a summary of your major rights under the FCRA.  **For more information, including information about additional rights, go to [www.ftc.gov/credit](www.ftc.gov/credit) or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.**  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.**  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure").  You will be required to provide proper identification, which may include your Social Security number.  In many cases, the disclosure will be free.  You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.
  
  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.  See [www.ftc.gov/credit](www.ftc.gov/credit) for additional information.

- **You have the right to ask for a credit score.**  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus.  You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it.  In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous.  See [www.ftc.gov/credit](www.ftc.gov/credit) for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

# EXHIBIT E

- **Consumer reporting agencies may not report outdated negative information.**  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**  A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.  The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer.  Written consent generally is not required in the trucking industry.  For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.**  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**  For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws.  In some cases, you may have more rights under state law.  For more information, contact your state or local  consumer protection agency or your state Attorney General.  Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580                                1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219                                800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help (FRCH)<br>P O Box 1200<br>Minneapolis, MN 55480<br>Telephone: 888-851-1920<br>Website Address: www.federalreserveconsumerhelp.gov<br>Email Address:   ConsumerHelp@FederalReserve.gov |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552                                800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314                                703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638         1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of  Financial Management<br>Washington, DC 20590                                202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture |

# EXHIBIT E

| | Office of Deputy Administrator - GIPSA  Washington, DC 20250          202-720-7051 |
|---|---|

# EXHIBIT E