# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**VITRAN EXPRESS, INC.**<br><br>　　　　Defendant. | DISTRICT JUDGE POLSTER<br><br>CASE NO. 1:09-cv-00800 |

## PLAINTIFFS' MOTION FOR LEAVE TO PERMIT LEONARD A. BENNETT TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, Plaintiff Thomas E. Hall respectfully moves this Court for an Order permitting Leonard A. Bennett, Esq., to appear as counsel *pro hac vice* in the proceedings of this matter.

In support of this Motion and pursuant to the requirements of Local Rule 83.5(h), Plaintiff will deposit with the Clerk of the Court a check in the amount of $100.00 and has attached hereto an affidavit of Mr. Bennett attesting to his good standing.  In further support of this motion, Plaintiff states as follows:

1. Mr. Bennett's business contact information is as follows:

   Leonard A. Bennett, Esq.
   Consumer Litigation Associates, P.C.
   12515 Warwick Boulevard, Suite 100
   Newport News, VA  23606
   Telephone: 757.930.3660
   Facsimile: 757.930.3662
   E-mail:    lenbennett@clalegal.com

2.     Mr. Bennett is a member in good standing of the Bar of the State of Virginia, and

is also admitted to practice before the United States District Courts in Virginia, North Carolina, Wisconsin, Illinois, and Michigan. Mr. Bennett is also admitted to the United States Court of Appeals for the Third and Fourth Circuits. He remains a member in good standing with these courts. Mr. Bennett was admitted to practice law in the State of Virginia 1994. His Virginia Bar registration number is 37523.

3. Mr. Bennett has never been disbarred or suspended from practice before any court, department, bureau or commission of any State of the United States. He has never received reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. There are no disciplinary proceedings pending against him in any jurisdiction.

4. Mr. Bennett is not otherwise eligible for admission to the Bar of this Court.

5. Mr. Bennett understands that he shall register with this Court for electronic filings upon admission as counsel *pro hac vice*.

Plaintiff is also represented in this action by Dennis M. O'Toole, Matthew A. Dooley, and Anthony R. Pecora, who are active members of the Bars of this Court and the State of Ohio.

    Respectfully submitted,

    STUMPHAUZER, O'TOOLE, McLAUGHLIN,
    McGLAMERY & LOUGHMAN CO., LPA

By: /s/ Dennis M. O'Toole
    Dennis M. O'Toole (0003274)
    Anthony R. Pecora (0069660)
    Matthew A. Dooley (0081482)
    Attorneys for Plaintiff
    5455 Detroit Road
    Sheffield Village, Ohio 44054
    Telephone:  (440) 930-4001
    Facsimile:  (440) 934-7208
    Email:  dotoole@sheffieldlaw.com
          apecora@sheffieldlaw.com
          mdooley@sheffieldlaw.com

## **CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing was filed electronically this 19th day of November, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via regular mail.

    /s/Dennis M. O'Toole
    Dennis M. O'Toole

G:\25\25747-1\Motion for Pro Hac Vice Bennett.docx