IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. HALL, on Behalf of Himself
and All Others Similarly Situated

        Plaintiff

vs.

VITRAN EXPRESS, INC.,

        Defendant

DISTRICT JUDGE POLSTER

CASE NO. 1:09-cv-00800

## DECLARATION OF LEONARD A. BENNETT

I, Leonard A. Bennett, declare:

1. My name is Leonard A. Bennett. I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. Since 1994, I have been and presently am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law. Since 1995, I have been and presently am a member in good standing of the Bar of the highest court of the State of North Carolina. I have also been admitted to practice before and am presently a member in good standing of the Bars of the following courts:

| Court: | Date Admitted: |
|---|---|
| United States Supreme Court | 2005 |
| United States Court of Appeals for the Fourth Circuit | 2002 |
| United States District Court for the Eastern District of Virginia | 1994 |

| | |
|---|---|
| United States District Court for the Eastern District of North Carolina | 2005 |
| United States District Court for the District of Wisconsin | 2006 |
| United States District Court for the Eastern District of Michigan | 2003 |
| United States District Court for the Northern District of Illinois | 2003 |

I have been admitted *pro hac vice* in jurisdictions across the country including California, Florida, Rhode Island, Hawaii, New Hampshire, Connecticut, Ohio, South Carolina, Pennsylvania, Arizona, Washington and Maryland. I have never been denied admission *pro hac vice*.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 17th day of November, 2010.

_____
Leonard A. Bennett

LEONARD A. BENNETT
*CONSUMER LITIGATION ASSOCIATES, P.C.*
VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile