**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated** | CASE NO. 1:09-CV-00800 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | **NOTICE OF SUBPOENA** |
| **VITRAN EXPRESS, INC.** | |
| Defendant. | |

\* \* \* \*

Counsel will take notice that counsel for Plaintiff has issued a subpoena to HireRight Solutions, Inc., compelling the production of the documents listed in the attached Exhibit "A", at 4:00 p.m. on January 7, 2011, at the offices of Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA, 5455 Detroit Road, Sheffield Village, OH 44054 or via email to apecora@sheffieldlaw.com.

This document production is being undertaken pursuant to F.R. Civ. P. 45 and 34(c) of the Federal Rules of Civil Procedure

        STUMPHAUZER, O'TOOLE, McLAUGHLIN,
        McGLAMERY & LOUGHMAN CO., LPA

By:   /s/ Dennis M. O'Toole_____
      Dennis M. O'Toole (0003274)
      Anthony R. Pecora (0069660)
      Matthew A. Dooley (0081482)
      Attorneys for Plaintiff
      5455 Detroit Road
      Sheffield Village, Ohio  44054
      Telephone:   (440) 930-4001
      Facsimile:    (440) 934-7208
      Email:        dotoole@sheffieldlaw.com
                       apecora@sheffieldlaw.com
                       mdooley@sheffieldlaw.com

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice of Subpoena was filed electronically this 22nd day of December, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or via electronic mail.

                                                /s/ Dennis M. O'Toole