**EXHIBIT A**

Identify all individuals who were the subject of a criminal background report and any other consumer report provided to Vitran Express from April 7, 2004 through the present, including the first name, middle name, last name, address, telephone number, date of birth, gender, and race, of each such person, if known.