## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated** <br> 984 Cleveland Avenue <br> Amherst, OH 44001 <br><br> Plaintiff, <br><br> vs. <br><br> **VITRAN EXPRESS, INC.** <br> c/o Registered Agent <br> Norman R. Garvin <br> 10 W. Market Street, Ste. 1500 <br> Indianapolis, IN 46204 <br><br> Defendant. | CASE NO. 1:09-cv-00800 <br><br> JUDGE DAN AARON POLSTER |

\* \* \* \*

### **DECLARATION OF CUSTODIAN OF RECORDS**

I, _____, being the Custodian of Records of HireRight Solutions, Inc., depose and state that I am duly authorized to give this Declaration on behalf of HireRight Solutions, Inc., and the facts set forth below are true and correct.

1. Enclosed are true and correct copies of all records (paper and electronic) in the possession of HireRight Solutions, Inc., referring, relating to or in any way regarding any and all individuals who were the subject of a criminal background report or any other consumer report provided to Vitran Express from April 7, 2004 through the present.

2. The records were made at or near the time of the occurrence(s) of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

3. The records were kept in the course of the regularly conducted business activity of HireRight Solutions, Inc., and are being provided in response to a subpoena served by the attorney of Thomas E. Hall on December 22, 2010 and received on December ___, 2010.

4. Copies of the records were made by the regularly conducted business activity as a regular business practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____/_____/20__.

_____
Signature

Printed Name:_____

Printed Title:_____

G:\25\25747-1\Subpoenas\Declaration of Custodian of Records HireRight.docx