AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:09-cv-00800

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    HireRight Solutions, Inc. f/k/a USIS Commercial Services, Inc
was received by me on *(date)*    12/22/2010    .

☑ I served the subpoena by delivering a copy to the named person as follows:    Custodian of Records
By Certified Mail Receipt No. 7005 3110 0000 2900 9238.

on *(date)*    12/27/2010    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    12/28/2010

*Server's signature*

*Printed name and title*
Anthony R. Pecora, Attorney
5455 Detroit Road
Sheffield Village OH 44054

*Server's address*

Additional information regarding attempted service, etc: