IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS E. HALL, on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>**VITRAN EXPRESS, INC.**<br><br>Defendant. | DISTRICT JUDGE POLSTER<br><br>CASE NO. 1:09-cv-00800 |

## JOINT STIPULATION

Now come the Parties, by and through counsel, pursuant to Fed. R. Civ. P 15(a)(2) and Section 2.1 of the Stipulation of Settlement (Doc. 35, p. 8), and, subject to approval of the Court, hereby stipulate and consent to the amendment of the pleadings, instanter, by filing the Third Amended Class Action Complaint.

The Parties further stipulate that Defendant shall not be required to answer the Third Amended Class Action Complaint as the Parties previously stayed the litigation pursuant to Section 8.6 of the Stipulation of Settlement (Doc. 35, p. 18).

Respectfully submitted,

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA

By:  /s/ Dennis M. O'Toole
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
Matthew A. Dooley (0081482)
5455 Detroit Road, Sheffield Village, Ohio  44054
Tel/Fax:       (440) 930-400/(440) 934-7208
Email:         dotoole@sheffieldlaw.com
               apecora@sheffieldlaw.com
               mdooley@sheffieldlaw.com

and

CONSUMER LITIGATION ASSOCIATES, P.A
Leonard A. Bennett (Va. Bar No. 37523)
12515 Warwick Boulevard
Newport News, Virginia 23606
Tel: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com
*Attorneys for Thomas E. Hall and the putative class*

and


MCDONALD HOPKINS, LLC

/s/ Tyler L. Mathews
William J. O'Neill (0029936)
Tyler L. Mathews (0063759)
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Tel: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mcdonaldhopkins.com
tmathews@mcdonaldhopkins.com
*Attorneys for Defendant Vitran Express, Inc.*

G:\25\25747-1\Stipulation Of Leave.Docx