# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS E. HALL, on behalf of himself and all other similarly situated, | ) ) ) | CASE NO. 1:09-CV-00800 |
| Plaintiff, | ) ) | JUDGE POLSTER |
| vs. | ) ) ) | |
| VITRAN EXPRESS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Mary K. Alexander, Esq. of McDonald Hopkins, LLC hereby enters her appearance on behalf of Defendant Vitran Express, Inc. All pleadings, papers and notices should be directed to the undersigned.

Dated: March 15, 2011

Respectfully submitted,

/s/ Mary K. Alexander
William J. O'Neill (0029936)
Tyler L. Mathews (0063759)
Mary K. Alexander (0084136)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mcdonaldhopkins.com
tmathews@mcdonaldhopkins.com
malexander@mcdonaldhopkins.com

*Attorneys for Defendant Vitran Express, Inc.*

{2643499:}

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2011, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of the filing will be sent by operation of the Court's electronic filing system.

          /s/ Mary K. Alexander
          Mary K. Alexander (0084136)

*One of the Attorneys for Defendant Vitran Express, Inc.*