

# Invoice

**RUST** CONSULTING

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 | F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 5/31/11
INVOICE #: 11-596
MATTER #: 286700

**TO:** Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *March through April 2011 Claims Administration Services* |

| | |
|---|---:|
| Class Data Management | $ 500.00 |
| Legal Notification | 2,842.80 |
| Distribution and Tax Reporting | - |
| Project Management | 5,841.40 |
| Technical Consulting | 1,726.65 |
| Expenses: Other Charges and Out-of-pocket Costs | 1,670.37 |
| **Total Due** | $ **12,581.22** |

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**EXHIBIT A**



# RUST
CONSULTING

# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 | F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 6/28/11
INVOICE #: 11-695
MATTER #: 286700

TO: Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *May 2011 Claims Administration Services* |

| | |
|---|---|
| Class Data Management | $    - |
| Legal Notification | 1,522.40 |
| Distribution and Tax Reporting | - |
| Project Management | 1,364.70 |
| Technical Consulting | 993.35 |
| Expenses: Other Charges and Out-of-pocket Costs | 580.43 |
| **Total Due** | $    4,460.88 |

— 150 per email
4310.88 7/8/11

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC

**EXHIBIT A**



# Invoice

**RUST CONSULTING**

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 | F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 8/2/11
INVOICE #: 11-849
MATTER #: 286700

**TO:** Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *June 2011 Claims Administration Services* |

| | |
|---|---:|
| Class Data Management | $ - |
| Legal Notification | 368.40 |
| Distribution and Tax Reporting | - |
| Project Management | 837.70 |
| Technical Consulting | 189.50 |
| Expenses: Other Charges and Out-of-pocket Costs | 191.93 |
| **Total Due** | **$ 1,587.53** |

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**EXHIBIT A**



# RUST
CONSULTING

# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 | F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 8/25/11
INVOICE #: 11-981
MATTER #: 286700

**TO:** Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *July 2011 Claims Administration Services* |

| | | |
|---|---|---|
| Class Data Management | $ | - |
| Legal Notification | | 178.00 |
| Distribution and Tax Reporting | | - |
| Project Management | | 720.30 |
| Technical Consulting | | 22.60 |
| Expenses: Other Charges and Out-of-pocket Costs | | 12.17 |
| **Total Due** | $ | 933.07 |

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC

**EXHIBIT A**



# Invoice

**RUST**
CONSULTING

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000  |  F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 9/14/11
INVOICE #: 11-5059
MATTER #: 286700

**TO:** Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *August 2011 Claims Administration Services* |

| | |
|---|---:|
| Class Data Management | $  - |
| Legal Notification | 179.20 |
| Distribution and Tax Reporting | - |
| Project Management | 1,121.35 |
| Technical Consulting | 170.10 |
| Expenses: Other Charges and Out-of-pocket Costs | 36.75 |
| **Total Due** | **$ 1,507.40** |

**\*\*\*WIRE INFORMATION\*\*\***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC

**EXHIBIT A**



# RUST
CONSULTING

# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
P 612.359.2000 | F 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 11/16/11
INVOICE #: 11-5406
MATTER #: 286700

**TO:** Matthew A. Dooley
Stumphauzer / O'Toole
5455 Detroit Road
Sheffield Village, OH 44054
mdooley@sheffieldlaw.com

| PROJECT |
|---|
| *Hall, et al. v Vitran Express, Inc.* |
| *September through October 2011 Claims Administration Services* |

| | |
|---|---:|
| Class Data Management | $ - |
| Legal Notification | 350.00 |
| Distribution and Tax Reporting | 8,478.96 |
| Project Management | 2,293.40 |
| Technical Consulting | 1,905.60 |
| Expenses: Other Charges and Out-of-pocket Costs | 2,101.27 |
| **Total Due** | **$ 15,129.23** |

***WIRE INFORMATION***
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS 214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**EXHIBIT A**